IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOT,<br><br>    Plaintiff,<br><br>    v.<br><br>THE SAN FRANCISCO RENT STABILIZATION AND ARBITRATION BOARD,<br><br>    Defendant. | No. MC 07-80243 CRB<br><br>**ORDER** |

On February 14, 2005, the Court issued an order subjecting plaintiff Vance Elliot to pre-filing review. On October 12, 2007, plaintiff attempted to file a document he titles as a "complaint." The Court has reviewed the purported complaint. It does not state a claim against defendant; indeed, it is difficult to decipher the point of the handwritten document. Accordingly, plaintiff is not permitted to file his complaint received on October 12, 2007.

**IT IS SO ORDERED.**

Dated: October 17, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\80243misc\vanceelliot.wpd

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28