UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>          Plaintiff,<br><br>  v.<br><br>THE SAN FRANCISCO RENT<br>STABILIZATION AND ARBITRATION<br>BOARD et al,<br><br>          Defendant. | Case Number: CV07-80243 CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 17, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vance S. Elliott
The Baldwin House #227
74 Sixth Street
San Francisco, CA 94103

Dated: October 17, 2007

                                                  Richard W. Wieking, Clerk
                                                By: Barbara Espinoza, Deputy Clerk